IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MICHAEL KAPNICK,                    )
                                    )
            Plaintiff,              )    TC-MD 170222N
                                    )
      v.                            )
                                    )
DEPARTMENT OF REVENUE,              )
State of Oregon,                    )
                                    )
            Defendant.              )    **FINAL DECISION[1]**

This matter came before the court on Defendant's Answer, filed June 28, 2017. Plaintiff

filed his Complaint on May 17, 2017, disputing an offset of his 2015 tax refund to pay his

spouse's pre-marital debts. In its Answer, Defendant agreed that it issued a Notice of Proposed

Refund Offset on October 28, 2016, for the 2015 tax year. Defendant agreed that Plaintiff filed

an apportionment request on November 23, 2016, and that Defendant issued a refund check to

Plaintiff in the amount of $1,974.56 on February 22, 2017. Defendant agreed that Plaintiff

should have been issued the full refund of $3,501, as requested. Because the parties are in

agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered July 10, 2017. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted.

Dated this ____ day of July 2017.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on July 28, 2017.*